AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 18, 2025**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| TONYA R. E. | ) |
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
|  | ) |
| COMMISSIONER OF SOCIAL SECURITY | |
| *Defendant* | |

Civil Action No.  1:24-CV-3115-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

❐ other:  Plaintiff's Opening Brief, ECF No. 8, is GRANTED. The Commissioner's Brief, ECF No. 10, is DENIED. The decision of the Commissioner is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g). Judgment in favor of Plaintiff.

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    ROSANNA MALOUF PETERSON

Date:  2/18/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Wendy Kirkham

*(By) Deputy Clerk*

Wendy Kirkham